DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARIE BAYOL,**
Appellant,

v.

**JEAN GERARD BAYOL,**
Appellee.

No. 4D18-1765

[October 25, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jessica Ticktin, Judge; L.T. Case No. 50-2004-DR-002032-XXXX-SB.

Marie Bayol, West Palm Beach, pro se.

Craig A. Boudreau, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***